## The People of the State of Illinois ex rel. James Dunbar, Appellant, v. City of Chicago et al., Appellees.

### Gen. No. 23,225.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES M. WALKER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed and remanded. Opinion filed April 16, 1918. Rehearing denied April 29, 1918.

### Statement of the Case.

Petition by the People of the State of Illinois, on the relation of James Dunbar, petitioner, against the City of Chicago and others, respondents, to restore relator to the position of section foreman of the City of Chicago.

The decision in this case is governed by the decision in *People v. Coffin*, 282 Ill. 599.

SINDEN, HASSELL & OSUSKY, for appellant.

SAMUEL A. ETTELSON, for appellees; ROY S. GASKILL, of counsel.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.